UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-041

No. 25-8041

JOSEPH AMATO; JAMES B. MOORE; GEORGE SANDOVAL; IAN CONNOLLY; ANDREW HINSHAW, individually and on behalf of all others similarly situated

v.

SUBARU OF AMERICA, INC.; SUBARU CORP.

(D.N.J. No. 1:18-cv-16118)

RICARDO AQUINO; GEORGE CRUMPECKER; JONATHAN PIPERATO; STEPHEN TRESCO, individually and on behalf of all others similarly situated

v.

SUBARU OF AMERICA, INC.; SUBARU CORP.

(D.N.J. No. 1:22-cv-00990)

Subaru of America, Inc.; Subaru Corp.,
Petitioners

Present: SHWARTZ, BOVE and SMITH , *Circuit Judges*

1. Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f) filed by Petitioners.

2. Unopposed Motion to Seal Volume III of the Appendix filed by Petitioners.

3. Response filed by Respondents to Petition.

4. Unopposed Motion to Seal Appendix filed by Respondents.

5. Unopposed Motion filed by Petitioners for Leave to file a Reply to Response with Proposed Reply attached.

Respectfully,
Clerk/kr

ORDER

The petition for leave to appeal under Rule 23(f) is granted. The foregoing unopposed motion to seal Volume III of the Appendix filed by Petitioners and unopposed motion to seal Appendix filed by Respondents are granted. Nothing herein constitutes a ruling concerning future requests to seal these materials. The motion for leave to file a reply brief is denied.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: January 27, 2026
Amr/Cc: All counsel of record

A True Copy:

Patricia S. Dodszuweit, Clerk